**Ex parte Tom S. PLUMMER, Appellant.**

No. 10382.

Court of Civil Appeals of Texas.

Austin.

Oct. 10, 1956.

Emmett Shelton, Austin, for appellant.

ARCHER, Chief Justice.

This is an appeal from a judgment of the District Court refusing relator's application for a Beer Dealer's On-Premises License.

The application was in due order and the applicant qualified to receive a license.

The county clerk certified to the county judge that the proposed location was in a dry area, predicating such certification upon the election held on December 10, 1935, purportedly held under the provisions of Secs. 32 and 33 of Article I, H.B. 77, Acts 2d Called Session of the 44th Legislature, Vernon's Ann.P.C. arts. 666-32, 666-33.

In Cause No. 10,432, Patton v. Texas Liquor Control Board, Tex.Civ.App., 293 S.W.2d 99, we had before us a similar fact and law question as in this case. We reversed the judgment of the trial court and rendered judgment for the appellant and we see no necessity of restating the views and holding heretofore made but refer to the majority opinion, the concurring opinion and the dissenting opinion in the Patton case as controlling in this case.

The judgment of the trial court is reversed and judgment here rendered for appellant.

Reversed and rendered.

GRAY, J., dissenting.